# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TERION COLLINS,

    Plaintiff,

  v.

HEATHER SHIRLEY, et al.,

    Defendants.

Case No. 1:23-cv-00483-CDB

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Terion Collins, CDCR # AT-3689, a necessary and material witness in a settlement conference in this case on January 11, 2024, is confined in Wasco State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, via Zoom videoconference, on **Thursday, January 11, 2024 at 10:00 a.m**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Wasco State Prison, P. O. Box 701 Scofield Ave., Wasco, California 93280:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __December 8, 2023__

                                          UNITED STATES MAGISTRATE JUDGE

