UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERION COLLINS,

          Plaintiff,

    v.

HEATHER SHIRLEY, et al.,

          Defendants.

Case No.: 1:23-cv-00483 CDB (PC)

**ORDER LIFTING STAY**

**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER**

     Plaintiff Terion Collins is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     A settlement conference was held on January 11, 2024, via Zoom videoconference before Magistrate Judge Helena Barch-Kuchta; those proceedings did not result in a settlement between the parties. (Doc. 33 [minutes].)

     Accordingly, **IT IS HEREBY ORDERED** that the previously imposed stay of these proceeding is **LIFTED**. Further, the Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

   Dated:   **January 11, 2024**

_____
UNITED STATES MAGISTRATE JUDGE