1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    TERION COLLINS,                          Case No.: 1:23-cv-00483 CDB (PC)

12                    Plaintiff,               **ORDER DISCHARDING ORDER TO
                                               SHOW CAUSE WHY ACTION SHOULD**
13          v.                                 **NOT BE DISMISSED FOR FAILURE TO
                                               OBEY LOCAL RULES**
14    HEATHER SHIRLEY, et al.,
                                               (Doc. 37)
15                    Defendants.

16

17          Plaintiff Terion Collins is proceeding pro se and *in forma pauperis* in this civil rights

18    action pursuant to 42 U.S.C. § 1983.

19          On June 5, 2024, Defendants filed a motion to compel concerning Plaintiff's failure to

20    respond to Defendants' interrogatories, set one. (Doc. 36.)

21          On July 2, 2024, when Plaintiff failed to respond to Defendants' motion to compel, the

22    Court issued its Order to Show Cause (OSC) Why Action Should Not Be Dismissed for Failure to

23    Obey Local Rules. (Doc. 37.) Plaintiff was directed to respond in writing, or, alternatively, to file

24    an opposition or statement of non-opposition to Defendants' motion within 14 days. (*Id*. at 2-3.)

25          On July 16, 2024, Defendants filed a notice to withdraw their motion to compel. (Doc.

26    38.) Defendants indicate they received Plaintiff's response to their first set of interrogatories on

27    June 17, 2024. (Doc. 38.)

28    //

Accordingly, **IT IS HEREBY ORDERED** that the OSC (Doc. 37) issued July 2, 2024, is **DISCHARGED** following Defendants' notice of withdrawal filed July 16, 2024.

IT IS SO ORDERED.

Dated:   **July 17, 2024**

_____
UNITED STATES MAGISTRATE JUDGE